NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Madina,<br><br>           Petitioner,<br><br>v.<br><br>Carol Hacker Agnew, et al.<br><br>           Respondents. | No. CV-18-00882-PHX-SRB(ESW)<br><br>**ORDER** |

Petitioner filed his Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on September 3, 2019 raising three grounds for relief: 1) ineffective assistance of counsel violating his Fifth and Fourteenth Amendment rights because counsel failed to obtain witness statements and failed to call those witnesses at trial; 2) his Sixth and Fourteenth Amendment rights were violated because the Government failed to produce these same witnesses at trial; and 3) ineffective assistance of counsel during plea negotiations violating his Sixth and Fourteenth Amendment rights. Respondents filed their Response to Petitioner's Amended Petition for Writ of Habeas Corpus on December 18, 2019.  No reply was filed. On May 29, 2020, the Magistrate Judge issued her Report and Recommendation recommending that the amended petition be denied and dismissed with prejudice.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the

Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** denying Petitioner's Request for an Evidentiary Hearing.

**IT IS FURTHER** ORDERED denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 29th day of June, 2020.

_____
Susan R. Bolton
United States District Judge